No. D–1105. IN RE DISBARMENT OF MEKAS. It is ordered that Peter G. Mekas, of Reed City, Mich., be suspended from the practice of law in this Court and that a rule issue, returnable

within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.